THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL WEIL, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.; O'Malley and Glennon, JJ., dissent and vote for reversal and dismissal of the information.

DIANA LANZETTA, as Administratrix, etc., of JOSEPH C. LANZETTA, Deceased, Appellant, v. ALEXANDER CARLETON and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVE P. RADTKE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

YETTA KLEIN, Respondent, v. CHARLES TARROW, Appellant, Impleaded with Another.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $609.95; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley and Cohn, JJ.

THE CITY OF NEW YORK, Respondent, v. TRAVELERS BUS LINES, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

STRATFORD ACCEPTANCE CORP., a Foreign Corporation, Appellant, v. ROSA DI CANDIDO and NICK DI CANDIDO, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. I. EDWARD REITER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), Appellant, v. CEDAR RIVERS CORPORATION, Respondent, Impleaded with Others.— Order unanimously reversed, with twenty dollars costs and disbursements, and the matter remitted to Hon. James A. O'Gorman, official referee, for determination in accordance with the rule laid down by the Court of Appeals in *Heiman* v. *Bishop* (272 N. Y. 83), decided November 24, 1936. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

ABRAHAM L. PARKER, Respondent, v. KRAUSS COMPANY, LTD., Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

FRANK HARAGO, Appellant, v. FRANK BARTOS and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.